

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

August 13, 2015

Hon. Lisa Margaret Smith
U.S. District Court
300 Quarropas Street
White Plains, NY 10901

RE: OTTSTADT v KLEIN, et al
13-CV-04804

Dear Judge Smith:

Please be advised that this office represents the defendants in the above-captioned matter.

In accordance with your direction, we enclose herewith the following documents:

1. Class Action Settlement Agreement;
2. Class Notice;
3. Proposed Conditional Approval Order.

These documents are modified versions of previously submitted documents and reflect the corrections that the Court found to be necessary to proceed with this class action matter.

The parties jointly request, in accordance with the previous Joint Motion for Class Certification, that the Court sign the proposed Conditional Approval Order.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders

as/ctw
Enclosures